```
BARBARA MARIE RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 383103
Waikoloa, HI  96738
Telephone: 808-785-6088
Fax:  808-440-0699
E-Mail:  mail@fedlaborlaw.com

Attorney for Plaintiff Tara Amber Dolan
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TARA AMBER DOLAN | ) | Case No.:  2:24-CV-01617-DJC-JDP |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | FOR AN EXTESION OF TIME FOR |
| v. | ) | PLAINTIFF TO FILE HER MOTION FOR |
| | ) | SUMMARY JUDGMENT AND REPLY |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that Plaintiff shall have an extension of time of an additional 30 days to file her Motion for Summary Judgment.  This is the first continuance sought by Plaintiff.

On June 11, 2024, the Court issued a Scheduling Order for Social Security cases.  [Docket No. 5].  The Order states that Defendant must file the Administrative Record within 60 days of service of Plaintiff's Complaint.  The Summons and Complaint were electronically served on June 11, 2024.  Therefore, the Defendant must file the Administrative Record no later than August 12, 2024.  The Scheduling Order also states that Plaintiff shall file a Motion for Summary Judgment within 30 days of service of the

Defendant's Administrative Record.  Thus, Plaintiff's Motion for Summary Judgment is currently due on September 11, 2024.

Plaintiff seeks an extension of time of 30 days to file her Motion for Summary Judgment.  There is good cause for this request.  Plaintiff's counsel will be on vacation and out of the country from August 6, 2024 through September 15, 2024.  Without a 30-day extension of time, Plaintiff's Motion for Summary Judgment would be due while Plaintiff's counsel is on vacation.

Should the Court approve Plaintiff's request for a 30-day extension, the new due date for Plaintiff's Motion for Summary Judgment will be October 11, 2024.  The Defendant's Opposition will be due on November 11, 2024.  Plaintiff's Reply brief will be due on November 25, 2024.  This request for an extension of time is made in good faith with no intention to unduly delay the proceedings.

```
                                        Respectfully submitted,

Date:  July 24, 2024            "/s/Justin L. Martin"
                                (As authorized by e-mail on 7/23/24
                                JUSTIN L. MARTIN
                                Attorney for Defendant

Date:  July 24, 2024            "/s/Barbara Marie Rizzo"
                                BARBARA MARIE RIZZO
                                Attorney for Plaintiff
```

**ORDER**

IT IS SO ORDERED.

Dated:   July 26, 2024                    _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE